# Court of Appeals
# of the State of Georgia

ATLANTA,  October 17, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0109.  PAUL KOEHLER, et al. v. MING YANG.**

Attorney Paul Koehler and Defendant Robert Klenberg filed a notice of appeal from the trial court's order awarding OCGA § 9-15-14 attorney fees to Ming Yang in the parties' divorce action.  The Georgia Supreme Court has jurisdiction over all divorce and alimony cases. Ga. Const. 1983, Art. VI, § VI, ¶ III (6).  Because the order that Koehler and Klenberg seek to appeal is ancillary to the divorce action, the Supreme Court has jurisdiction over this appeal.  See *Evers v. Evers*, 277 Ga. 132 (587 SE2d 22) (2003).  This appeal is therefore TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 10/17/2013
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*